FILED

MAY 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAPHAEL S.TRICE#04177-000 )
RIVERS CORRECTIONAL INSTITUTION )
P.O. BOX 630 )
WINTON, NORTH CAROLINA 27986 )
(Enter your full name, prison number and address)

v. CIV (To b Dist

Case: 1:07-cv-00912
Assigned To : Bates, John D.
Assign. Date : 5/16/2007
Description: FOIA/Privacy Act

UNITED STATES PAROLE COMMISSON )
5550 FRIENDSHIP BOULEVARD )
SUITE 420 )
CHEVY CHASE, MARYLAND 20815-7201 )
(Enter the full name and address(es), if known, of defendant(s) in this action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $250.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED
MAY 04 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you must submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

**I. SUCCESSIVE CLAIMS**

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

**II. PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes (x) No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (x)

C. If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit.

Plaintiffs: **RAPHAEL SYLVESTER TRICE**

Defendants: **COURT SERVICES & OFFENDER SUPERVISION AGENCY; UNITED STATES PAROLE COMMISSION**

2. Court (if federal court, name the district; if state court, name the county) **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

3. Docket number **06-1889**

4. Name of judge to whom case was assigned: **ROSEMARY M. COLLYER**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) THE CASE WAS DISMISSED

6. Approximate date of filing lawsuit: OCTOBER 11,2006

7. Approximate date of disposition: OCTOBER 263,2006

## III. PLACE OF CONFINEMENT

RIVERS CORRECTIONAL INSTITUTION

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Question III B,C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( ) No (X)

C. If your answer is Yes to Question III B;

1. To whom and when did you complain? N/A

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes ( ) No (X)

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) N/A

4. What happened as a result of your complaint? N/A

D. If your answer is No to Question III B, explain why not. THIS IS NOT A BOP MATTER.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (X)

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? N/A

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)

3. What, if any, response did you receive? (Furnish copy of response if in writing) N/A

4. What happened as a result of your complaint? N/A

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: RAPHAEL SYLVESTER TRICE
Address: RIVERS CI, P.O. BOX 630, WINTON,NC 27986

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: EDWARD F. REILLY,JR. is employed as CHAIRMAN at UNITED STATES PAROLE COMMISSION
Address: 5550 FRIENDSHIP BOULEVARD,SUITE 420
CHEVY CHASE,MD 20815-7201

Defendant: N/A is employed as ______ at ______
Address: ______

Defendant: N/A is employed as ______ at ______
Address: ______

Defendant: N/A is employed as ______ at ______
Address: ______

## V. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary.

THE UNITED STATES PAROLE COMMISSION HAS VIOLATED PLAINTIFF'S RIGHTS PURSUANT TO TITLE 5 U.S.C. §552a(e)(5)OF THE PRIVACY ACT BY FAILING TO MAINTAIN ACCURATE INFORMATION IN THE RECORD. ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES IS ATTACHED HEREWITH.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

PLAINTIFF'S PRAYER FOR RELIEF IS ATTACHED HEREWITH.

Signed this 31st day of April, 2007.

Raphael S. Price
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/31/07
(Date)

Raphael S. Price
(Signature of Plaintiff)

## ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

### JURISDICTION

This Court has jurisdiction over plaintiff's federal claims pursuant to 28 U.S.C. §§1331 and 1343(a)(3).

### VENUE

The District of Columbia is an appropriate venue under 28 U.S.C. §1391 (b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district.

### PARTIES

Raphael S. Trice
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

United States Parole Commission
5550 Friendship Boulevard, Suite 420
Chevy Chase, MD 20815-7201

### FACTUAL ALLEGATIONS

On October 26,2004, Mr.Trice pled guilty to one count of assault with a dangerous weapon.

On November 3,2004, Mr.Trice was interviewed by probation officer MS. Francis Weeks in relation to the events occurring on August 30,2004 that he was charged with. Mr.Trice reasonably beleive that during the interview by Ms.Weeks, he was asked questions pertaining to the one count offense that he has pled to. Plaintiff asserts that Ms.Weeks was provided with the necessary information to prepare her report that was due in the chambers of the Hon. Gerald Fisher on January 5,2005 in the Super-

court for the District of Columbia.Plaintiff states that the dismissed offense was not supposed to be included in the presentence report because the "PSR" writer Ms.Weeks never questioned plaintiff about the dismissed offense, nor investigated to see if this offense has been challenged or resolved.

On March 2,2005, plaintiff had a parole revocation hearing conducted on the offenses stated supra. Plaintiff informed the "USPC" that he was not convicted of that offense, and that the dismissed offense should not have been relied upon in its determination.

On March 3,2005, plaintiff was sentenced to serve a term of thirty-months of incarceration, followed by five years of supervised release. Plaintiff alleges that the "USPC" has violated his rights under the Privacy Act of title 5 U.S.C. §552a(e)(5). The intent of the privacy Act is to require government agencies to maintain accurate records. See Hewitt v. Grabicki, 794 F.2d 1377(9th Cir.1986).

Each agency that maintains a system of records shall maintain all records which are used by the agency in making any determination about any individual with such accuracy, relevance, timeliness, and completeness as is reasonably necessary to assure fairness to the individual in the determination. Title 5 U.S.C. §552a(e)(5).

Here, the plaintiff was not assured fairness in the determination process because the "USPC" relied on inaccurate information in the file used to reach its determination. Upon information and belief, defendant "USPC" failed to act with reasonable care and was negligent in maintaining accurate information that had an adverse effect on the determination against plaintiff by failing to do so. Therefore, defendant "USPC" has failed to act with reasonable care and was negkigent by not maintaning accurate information in its file. Defendant "UDPC's" negligence was a proximate cause of the determination on plaintiff by the defendant, and

of the adverse effect suffered by the plaintiff.

## CAUSES OF ACTION

Plaintiff is entitled to recover damages from defendant based on the therories of liability hereinafter enumerated in Counts I through III, and under such other theories of liability as may be appropriate based upon the facts as alleged herein or as revealed during discovery.

## COUNT I-PRIVACY ACT VIOLATION

Defendant "USPC" has violated plaintiff's rights of the Privacy Act by not maintaining accurate information. Each FEderal agency that maintains a system of records is required to maintain records so as to assure acuracy,relevance,timeliness and compleness as is reasonably necessary to assure fairness to individual involved in agency determination; section does not require agency to insure that records are accurate before sending them on to other agencies; when one Federal agency sends records to another agency to be used by latter in making decision about someone, responsibility for insuring that information is accurate,responsibility for insuring that information is accurate,relevant,timely and complete lies with receiving agency which is one making determination about person in question. Thompson v. Department of State, 400 F.Supp.2d 1(D.D.C.2005) cf. Perry v F.B.I., (1985,CA7 Ill) 759 F.2d 1271, 79 ALR Fed.563.

## COUNT II-NEGLIGENCE

Defendant "USPC" had a duty to act with reasonable care in maintaining accurate information in its file. In engaging inthe conduct alleged herein, defendant breached such duty and failed to act with reasonable care.

## COUNT III-PUNITIVE/NOMINAL/COMPENSATORY DAMAGES

The conduct,acts, and omissions of defendant alleged herein were in part intentional and in part evinced a reckless and callous disregard for plaintiff's records, were consciously malicious, and displayed a conscious disregard for the unjustifiable and significant harm suffered to plaintiff.

Plaintiff is entitled to receive punitive,compensatory and nominal damages.

## PRAYER FOR RELIEF

**WGEREFORE**, plaintiff respectfully prays that this Court enter judgment in favor of plaintiff and against defendant as follows:

1. For general and special damages in the amount of $965,785.65.

2. Enter judgment in favor of plaintiff for nominal and compensatory as allowed by law.

3. For such other and further relief as to the Court seems just in the premises.

4. Declare that the acts and omissions described herein violated plaintiff's rights under the Privacy Act and laws of the United States.

**DATED THIS** 31st **DAY OF APRIL 2007.**

Respectfully Submitted,

Raphael S. Trice

Raphael S. Trice
Fed.Reg.#04177-000
Paralegal
Rivers Correctional Instition
P.O. Box 630
Winton, NC 27986

CIVIL COVER SHEET

07-912 JDB

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

RAPHAEL S. TRICE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ________
**(EXCEPT IN U.S. PLAINTIFF CASES)**

PRO SE PR

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 04177-080

**DEFENDANTS**

USPC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-00912
Assigned To : Bates, John D.
Assign. Date : 5/16/2007
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
■ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZE[NSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX]** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
■ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ■ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

■ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 - PRIVACY ACT -

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ■ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ■ NO If yes, please complete related case form.

**DATE** 5.16.0 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.