**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U. S. Parole Commission
5550 Friendship Blvd.
Suite #420
Chevy Chase, MD. 20815

Civil Action, File Number __CA-07-912JDB__

__Raphael S. Trice__
V.
__U. S. Parole Commission__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [...] our signature your relationship to that entity. If [...] t indicate under your signature your authority.

07-912    2-16-07    BB

___ days, you (or the party on whose behalf you [...] mplaint in any other manner permitted by law.

[...] behalf you are being served) must answer the [...] nt by default will be taken against you for the

[...] ipt of Summons and Complaint By Mail was

_____
USMS Official)

COMPLAINT

complaint in the above captioned manner at

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U. S. Parole Commission

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X  S. Spent     ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAY 29 2007

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0000 2032 9250

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Street Number and Street Name or P.O. Box No.
_____

City, State and Zip Code
_____

Signature
_____

Relationship to Entity/Authority to Receive
_____

Service of Process
_____

Date of Signature

Form USM-299
(Rev. 6/95)