UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPHAEL S. TRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00912 (JDB) |
| | ) |
| U.S. PAROLE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, the United States Parole Commission hereby moves for a one-week extension of time to answer or otherwise respond to the complaint, i.e., to July 24, 2007. Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) has not attempted to contact plaintiff to determine his position on this motion.[1]

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has been unable to prepare a dispositive motion in time for filing today, due to the press of other litigation responsibilities, including work on other dispositive motions, and due to family obligations that required undersigned counsel to be on leave much of last week and which prevented work over the weekend on the case. The additional time is, therefore, needed.

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

Attached is a draft order reflecting the requested extension of time.

        Respectfully submitted,

        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney
            /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPHAEL S. TRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00912 (JDB) |
| | ) |
| U.S. PAROLE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the motion by defendant for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that defendant shall have to, and including, July 24, 2007, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to answer to be served by first-class mail, postage prepaid, this 17th day of July, 2007, on:

> Mr. Raphael S. Trice
> No. 041777-000
> Rivers Correctional Institution
> P.O. Box 630
> Winton, N.C. 27986

> /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201