UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPHAEL S. TRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00912 (JDB) |
| | ) |
| U.S. PAROLE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR FURTHER, BRIEF EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, the United States Parole Commission hereby moves for a two-day extension of time to answer or otherwise respond to the complaint, i.e., to July 26, 2007.  Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) has not attempted to contact plaintiff to determine his position on this motion.[1]

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant sought a week's extension of time to file a dispositive motion in this case to today (July 24). Since the filing of that motion, undersigned counsel was out of the office for most of last Wednesday through Friday due to unavoidable family obligations, obligations that also prevented work over the weekend.  Additionally, undersigned counsel was scheduled to file dispositive motions in two related cases on Monday, July 23.  Due to undersigned counsel's

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference).  LCvR 16.3(a) (emphasis added).

absence from the office last week, the filing of these dispositive motions has had to be extended to July 25.  The additional time in this case is, therefore, needed.

    Attached is a draft order reflecting the requested extension of time.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR, DC Bar #498610
                                            United States Attorney

                                            RUDOLPH CONTRERAS, DC Bar #434122
                                            Assistant United States Attorney
                                                      /s/
                                            FRED E. HAYNES, DC Bar #165654
                                            Assistant United States Attorney
                                            555 4th Street, N.W., Room E-4110
                                            Washington, D.C. 20530
                                            202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPHAEL S. TRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00912 (JDB) |
| | ) |
| U.S. PAROLE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the further motion by defendant for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that defendant shall have to, and including, July 26, 2007, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to answer to be served by first-class mail, postage prepaid, this 24th day of July, 2007, on:

    Mr. Raphael S. Trice
    No. 041777-000
    Rivers Correctional Institution
    P.O. Box 630
    Winton, N.C. 27986

    /s/
    Fred E. Haynes, D.C. Bar # 165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201