UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPHAEL S. TRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00912 (JDB) |
| | ) |
| U.S. PAROLE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR FURTHER, BRIEF EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, the United States Parole Commission, hereby moves for a further two business-day extension of time to answer or otherwise respond to the complaint, i.e., to July 30, 2007. Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) has not attempted to contact plaintiff to determine his position on this motion.[1]

Undersigned counsel sought a two-day extension of time on July 24 to file defendant's dispositive motion in this case. Because the completion of the dispositive motions in the two related cases referred to in that motion for extension of time took more time than anticipated and because undersigned counsel had to divert his attention on July 25 to a hearing held today (July 26) that undersigned counsel had erroneously anticipated would be resolved without the hearing, and because undersigned counsel has had to divert his attention to other litigation matters, and

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

because undersigned counsel has a hearing in another case tomorrow morning and a doctor's appointment that afternoon, the additional time is needed.

    Attached is a draft order reflecting the requested extension of time.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney

                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney
                                      /s/
                              FRED E. HAYNES, DC Bar #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., Room E-4110
                              Washington, D.C. 20530
                              202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPHAEL S. TRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. PAROLE COMMISSION, )<br>)<br>Defendant. ) | Civ. No. 07-00912 (JDB) |

## ORDER

UPON CONSIDERATION of the further motion by defendant for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2007,

ORDERED that defendant shall have to, and including, July 30, 2007, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for a further extension of time to answer to be served by first-class mail, postage prepaid, this 26th day of July, 2007, on:

        Mr. Raphael S. Trice
        No. 041777-000
        Rivers Correctional Institution
        P.O. Box 630
        Winton, N.C. 27986

        /s/
        Fred E. Haynes, D.C. Bar # 165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        (202) 514-7201