UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAPHAEL S. TRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-00912 (JDB) |
| | ) |
| U.S. PAROLE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

ERRATA TO CERTIFICATE OF SERVICE

Yesterday evening (July 30, 2007) undersigned counsel (Fred E. Haynes) primarily responsible for the defense of this case filed defendant's motion to dismiss or, in the alternative, for summary judgment. In the certificate of service attached to that motion, undersigned counsel certified that he had mailed a copy of the motion by first-class mail, postage prepaid, to plaintiff. This service was effected by placing the envelope, sometime between 8 and 9 p.m., in the mail box maintained by the Civil Division for after-hours postal service, i.e., the mail in the box is picked up after hours, franked, and mailed that night from the main Department of Justice mail room. This morning undersigned counsel noted that mail, including plaintiff's copy of the motion in this case, remained in the box. Upon inquiry, undersigned counsel has learned that the employee from Main Justice who was supposed to pick up the mail at 10:15 p.m. failed to do so. Further inquiries are being made as to the reason for this failure.

The purpose of this errata is to advise plaintiff and the Court of this error and to certify that undersigned counsel actually mailed today (July 31) to plaintiff his copy of the motion

to dismiss or, in the alternative, for summary judgment.

        Respectfully submitted,

        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney
              /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing errata to certificate of service to be served by first-class mail, postage prepaid, this 31st day of July, 2007, on:

>Mr. Raphael S. Trice
>No. 041777-000
>Rivers Correctional Institution
>P.O. Box 630
>Winton, N.C. 27986

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201