OCTOBER 16, 2007

Clerk of Court
United States District Court
333 Constitution Ave., NW
Washington, D.C. 20001

RECEIVED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Trice v. United States Parole Commission
(07-00912(JDB))

Notice is hereby submitted to inform you that I am being transferred to another facility, and would like for you to forward all corespondence to the address listed herein. I should arrive at my new destination within the next few weeks. The address for my new location is as follows: FCI Gilmer, P.O. Box 6000, Glenville, WV 26351.

Thank you for your attention to this matter.

Sincerely yours,

Raphael Trice
Raphael Trice
Fed. Reg. #04177-000
Rivers-CI
P.O. Box 630
Winton, NC 27986

Enclosure(s): (0)