UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV **1 3** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RAPHAEL TRICE,                          )
                                        )
      PETITIONER,                       )
                                        )          CASE NO.: 1:07-CV-00912(JDB)
      V.                                )
                                        )
UNITED STATES PAROLE COMMISSION,        )
      RESPONDENT.                       )
_____ )

## NOTICE OF CHANGE OF ADDRESS

Comes Now, the petitioner Raphael Trice, hereby notifies the Court that there has been a change in the address where he is now being housed in. Mr. Trice asks that all correspondence be forwarded to the address listed below.

Raphael Trice
FCI-GILMER
PO BOX 6000
GLENVILLE, WV 26351

Respectfully submitted,

_____
Raphael Trice
Fed. Reg. #04177-000
FCI-GILMER
PO BOX 6000
GLENVILLE, WV 26351