UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RAPHAEL SYLVESTER TRICE,**

    Plaintiff,

        v.                        Civil Action No. 07-0912 (JDB)

**UNITED STATES PAROLE COMMISSION,**

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion for summary judgment [Dkt. No. 10] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for the defendant. This is a final appealable Order.

                                              s/
                                        JOHN D. BATES
                                United States District Judge

Dated: January 15, 2008