UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAPHAEL SLYVESTER TRICE,       )
                               )
         PLAINTIFF,            )
                               )
                               )   CIVIL ACTION NO: 07-0912(JDB)
    V.                         )
                               )
UNITED STATES PAROLE           )
COMMISSION,                    )
                               )
         DEFENDANT.            )
_____)

### NOTICE OF APPEAL

   NOW COMES the Plaintiff, Raphael Slyvester Trice, appearing pro se, and respectfully gives notice of his claim of appeal to the Court of Appeals for the D.C. Circuit from judgment entered in the above-captioned case.

                                        Respectfully submitted,

                                        *Raphael Sylvester Trice*
                                        Raphael Sylvester Trice
                                        FCI-Gilmer
                                        P.O. Box 6000
                                        Glenville, WV 26351-6000