UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAPHAEL SYLVESTER TRICE,**<br><br>  Plaintiff,<br><br>  v.<br><br>**UNITED STATES PAROLE COMMISSION,**<br><br>  Defendant. | Civil Action No. 07-0912 (JDB) |

## ORDER

Upon consideration of plaintiff's motion to proceed on appeal *in forma pauperis*, it is

**ORDERED** that plaintiff's motion [Dkt. No. 20] is **GRANTED**.

/s/
JOHN D. BATES
United States District Judge

Dated: April 1, 2008