# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5022**  **September Term 2007**

07cv00912 –JDB

**Filed On: March 24, 2008** [1107355]

Raphael Sylvester Trice,

    Appellant

v.

United States Parole Commission,

    Appellee

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on March 19, 2008. it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                          BY:   /s/
                                   Elizabeth V. Scott
                                   Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis